IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANNAPURNA NEMANI, | CV 23-00223 SASP-KJM |
| Plaintiff, | |
| vs. | |
| CITY & COUNTY OF HONOLULU, et al., | |
| Defendant. | |

ORDER ADOPTING MAGISTRATE
JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 25, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Plaintiff Annapurna Nemani's Third Amended Complaint for Failure to Prosecute", ECF No. 137, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, April 2, 2026.



Shanlyn Park
United States District Judge